UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAMONTE MOORE, )<br>)<br>Defendant. ) | Cause No. 4:20-cr-20-SEB-VTW |

**REPORT AND RECOMMENDATION**

On January 19, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 12, 2023 (Dkt. 47). Defendant Lamonte Moore appeared in person with his appointed counsel Logan Sims. The government appeared by Lauren Wheatley, Assistant United States Attorney, via telephone. U. S. Probation appeared by Officer Shallon Watson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Mr. Moore of his rights and provided him with a copy of the petition. Mr. Moore orally waived his right to a preliminary hearing.

2. After being placed under oath, Mr. Moore admitted violation numbers 1 through 4. (Dkt. 47)

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| **1** | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid** |

      **prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

      On November 10, 2023, Mr. Moore tested positive for amphetamines, marijuana and dilute. Confirmation testing received on November 27, 2023, verified it positive for methamphetamine and dilute. Mr. Moore previously tested positive for marijuana on October 25, 2022, November 17, 2022, December 2, 2022, and April 17, 2023.

2      **"You shall not commit another federal, state, or local crime."**

      On November 26, 2023, Mr. Lamont Moore was charged in Clark County, Indiana, with Ct. I - Auto Theft (felony); Ct. II - Resisting Law Enforcement (felony); Ct. III – Criminal Recklessness (felony); Ct. IV - Operating a Vehicle While Intoxicated Endangering a Person (misdemeanor); Ct. V - Possession of Marijuana (misdemeanor); Ct. VI - Operating a Vehicle While Intoxicated (misdemeanor). Charges were filed under cause number 10C03-2312-F6-001357. A warrant was issued for his arrest on December 11, 2023, and remains active at this time.

3      **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."**

      Mr. Moore has yet to notify the probation officer of his contact with law enforcement on November 26, 2023, and was subsequently charged with a criminal offense in Clark County, Indiana.

4      **"You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege."**

      On December 5, 2023, Mr. Moore was asked if there was anything he needed to report to the probation officer since the last visit. Mr. Moore did not advise of his new charges. Mr. Moore informed the probation officer he was working construction in Kentucky when he was a patient at the University of Louisville Hospital due to injuries sustained during a high speed police chase on November 26, 2023.

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is IV.

      (c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months' imprisonment with no term of supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months with no term of supervised release to follow.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

So RECOMMENDED this  22  day of January, 2024.

                                               VAN WILLIS
                                               United States Magistrate Judge
                                               Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system